LAUREN CARPENTER v. JOHN H. GRAHAM.

*Assumpsit cannot be brought by mortgagee of chattels.*

A mortgagee of chattels cannot recover in assumpsit for their value if they are converted.

Error to Berrien.   Submitted June 29.   Decided Oct. 5.

ASSUMPSIT.   Defendant brings error.   Affirmed.

*Clapp & Fyfe* for plaintiff in error.

*Potter & Potter* for defendant in error.

MARSTON, C. J.   I am wholly unable to discover any essential difference in the facts, as presented by the record in the present case, and as presented when here before, and reported in 42 Mich. 191, and any extended argument would be but a repetition of what was then said.   This of course is unnecessary and uncalled for.

Upon the question as to whether the transaction was intended as a sale or a mere security or mortgage the court clearly and distinctly left that question to the jury, with instructions that if the latter, plaintiff could not recover.

In my opinion there was no error committed, and the judgment should be affirmed, with costs.

GRAVES and COOLEY, JJ. concurred.

CAMPBELL, J.   I concur only on the ground that the case has been heretofore settled by a former decision.